UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT SIEGAL,<br>    Plaintiff<br><br>vs.<br><br>MASCOT PETROLEUM COMPANY, INC,<br>A SUBSIDIARY OF SUNOCO, INC (R&M)<br>    Defendant | Civil Action no. 05-10648 GAO |

## **PLAINTIFF SCOTT SIEGAL'S REQUEST FOR ORAL ARGUMENT**

**NOW COMES** the Plaintiff, Scott Siegal and hereby requests that a hearing be held, and that oral arguments be heard on his Opposition to Defendant's Motion to Dismiss.

Plaintiff, Scott Siegal
By his attorney,

Regan Associates, Chartered

Johannes Z. Zlahn (BBO# 565218
6 Beacon Street, Tenth Floor
Boston, MA 02108
(617) 367-1100, Ext. 710

## CERTIFICATE OF SERVICE

    I, Johannes Z. Zlahn, attorney for the Plaintiff, Scott Siegal, hereby certify that on the 28th day of April, 2005, I served the foregoing Opposition of Plaintiff to Defendant's Motion to Dismiss and Plaintiff's Request for Oral Argument on the Defendant by mailing a copy thereof, postage prepaid, to:

Ricahrd W. Paterniti, Esq.
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116


Dated: 4/28/2005

                                                      Johannes Z. Zlahn