UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT SIEGAL,<br>    Plaintiff<br><br>vs.<br><br>MASCOT PETROLEUM COMPANY, INC,<br>A SUBSIDIARY OF SUNOCO, INC (R&M)<br>    Defendant | Civil Action No. 05-10648<br>Hon. George A. O'Toole, Jr. |

### PLAINTIFF SCOTT SIEGAL'S REQUEST FOR ORAL ARGUMENT

**NOW COMES** the Plaintiff, Scott Siegal and hereby requests that a hearing be held, and that oral arguments be heard on his Sur-Reply to Defendant's Reply Memorandum.

                                        Plaintiff, Scott Siegal
                                        By his attorney,

                                        Regan Associates, Chartered

Dated: May 26, 2005

                                        Johannes Z. Zlahn (BBO# 565218)
                                        45 School Street, Third Floor
                                        Boston, MA 02108
                                        (617) 367-1100, Ext. 710

## CERTIFICATE OF SERVICE

I, Johannes Z. Zlahn, attorney for the Plaintiff, Scott Siegal, hereby certify that on the 26th day of May, 2005, I served the foregoing Sur-Reply Memorandum of Plaintiff to Reply Memorandum of Defendant and Plaintiff's Request for Oral Argument on the Defendant by mailing a copy thereof, postage prepaid, to:

Ricahrd W. Paterniti, Esq.
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

Dated: 5/26/2005

Johannes Z. Zlahn