UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SCOTT SIEGAL,                          *
    Plaintiff                      *
                                            *

vs.                                    *    C. A. No.: 05-10648-GAO
                                            *
                                            *

MASCOT PETROLEUM COMPANY, INC.,        *
a Subsidiary of SUNOCO, INC. (R&M),    *
    Defendant                      *
                                            *

---

## **NOTICE OF CHANGE OF ADDRESS**

TO THR CLERK OF THE ABOVE-NAMED COURT:

    Please take notice that the address of Plaintiff's attorney has been changed to:

                Regan Associates, Chartered
                45 School Street, Third Floor
                Boston, MA 02108

                _____
                Johannes Z. Zlahn (BBO# 565218-B)
                45 School Street, Third Floor
                Boston, MA 02108
                (617) 367-1100, Ext. 710

## CERTIFICATE OF SERVICE

I, Johannes Z. Zlahn, attorney for the Plaintiff, Scott Siegal, hereby certify that on the 26th day of May, 2005, I served the foregoing Notice of Change of Address on the Defendant by mailing a copy thereof, postage prepaid, to:

Ricahrd W. Paterniti, Esq.
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

Dated: 08/16/2005

_____
Johannes Z. Zlahn