UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SCOTT SIEGAL,

    Plaintiff,

vs.

MASCOT PETROLEUM COMPANY, INC.
A SUBSIDIARY OF SUNOCO, INC. (R & M)[1]

    Defendant.

Civil Action No. 05-10648-GAO

---

## ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANT TO SERVE ITS RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, Mascot Petroleum Company, Inc. a Division of Sunoco, Inc. (R&M) ("Sunoco"), respectfully requests, with the assent of the Plaintiff, that it be granted a 21-day extension of time to serve its response to Plaintiff's Complaint, up to and including Tuesday, November 15, 2005. As grounds for this motion, Defendant states that it needs more time to investigate Plaintiff's allegations in order to adequately answer or otherwise respond to his Complaint. Additional time is also requested on the grounds that the parties are engaged in initial discussions regarding a possible resolution of the claim, and this additional time will allow the parties to explore a possible resolution without having to incur additional legal fees.

WHEREFORE, Defendant respectfully requests that it be granted an extension of time, up to and including November 15, 2005, to serve its response to Plaintiff's Complaint.

---

[1] Defendant has been improperly named in this case as "Mascot Petroleum Company, Inc. a Subsidiary of Sunoco, Inc. (R & M)." In fact, Mascot Petroleum Company, Inc. is a division of Sunoco, Inc. (R&M).

Respectfully submitted,

MASCOT PETROLEUM COMPANY, INC.
A DIVISION OF SUNOCO, INC. (R & M)

By its attorneys,

/s/Richard W. Paterniti
David J. Kerman (BBO #269370)
Richard W. Paterniti (BBO #645170)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: October 25, 2005

Assented to and agreed to by:   /s/ Johannes Z. Zlahn (RWP)
Johannes Z. Zlahn (BBO# 565218-B)
The Law Offices of Regan Associates Chartered
45 School Street, Third Floor
Boston, MA 02108

## CERTIFICATE OF SERVICE

This is to certify that on October 25, 2005, a copy of the foregoing document was served upon Plaintiff's attorney, Johannes Z. Zlahn, The Law Offices of Regan Associates Chartered, 45 School Street, Third Floor, Boston, MA 02108, by first-class mail, postage prepaid.

/s/Richard W. Paterniti
Jackson Lewis LLP

3