UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SCOTT SIEGAL,

    Plaintiff,

vs.

MASCOT PETROLEUM COMPANY, INC.
A SUBSIDIARY OF SUNOCO, INC. (R & M)[1]

    Defendant.

Civil Action No. 05-10648-GAO

---

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MASCOT PETROLEUM COMPANY, INC.

Defendant Mascot Petroleum, Inc. provides the following disclosures pursuant to Local Rule 7.3:  The parent corporation of Mascot Petroleum, Inc. is Sunoco, Inc. (R & M). Sunoco, Inc. (R & M) owns 10% or more of Mascot Petroleum, Inc.'s stock.

    Respectfully submitted,

    MASCOT PETROLEUM COMPANY, INC.
    A DIVISION OF SUNOCO, INC. (R & M)

    By its attorneys,

    /s/ Richard W. Paterniti
    _____
    David J. Kerman (BBO #269370)
    Richard W. Paterniti (BBO #645170)
    JACKSON LEWIS LLP
    75 Park Plaza
    Boston, Massachusetts 02116
    (617) 367-0025

Dated:  November 15, 2005

---

[1] Defendant has been improperly named in this case as "Mascot Petroleum Company, Inc. a Subsidiary of Sunoco, Inc. (R & M)." In fact, Mascot Petroleum Company, Inc. is a division of Sunoco, Inc. (R&M).

**CERTIFICATE OF SERVICE**

This is to certify that on November __15__, 2005, a copy of the foregoing document was served upon Plaintiff's attorney, Johannes Z. Zlahn, Attorney at Law, 50 Federal Street, Suite 204, Boston, MA 02110, by first-class mail, postage prepaid.

_____Heather Stepler_____
Jackson Lewis LLP