UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT SIEGAL,<br>Plaintiff<br><br>vs.<br><br>MASCOT PETROLEUM COMPANY, IN.<br>A SUBSIDIARY OF SUNOCO, INC. (R&M),<br>Defendant | C.A. NO.: 05CV10648-GAO |

## NOTICE OF CHANGE OF OFFICE AND ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that the office and address of Plaintiff's attorney has been changed as follows:

Johannes Z. Zlahn
ATTORNEY AT LAW
50 Federal Street, Suite 204
Boston, MA 02110
(617) 350-6588

Respectfully, submitted,

Johannes Z. Zlahn (BBO #565218)
50 Federal Street, Suite 204
Boston, MA 02110
(617) 350-6588

## CERTIFICATE OF SERVICE

I, Johannes Z. Zlahn, attorney for the Plaintiff, Scott Siegal, hereby certify that on the 10th day of November, 2005, I served a true copy of the foregoing Notice of Change of Office and Address of Plaintiff's attorney on the Defendant by mailing the same via first class mail, postage prepaid, to:

Richard W. Paterniti, Esq.
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116

Dated: November 10, 2005

_____
Johannes Z. Zlahn, Esq.