EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SCOTT SIEGAL,

    Plaintiff,

vs.

MASCOT PETROLEUM COMPANY, INC.
A SUBSIDIARY OF SUNOCO, INC. (R & M)[1]

    Defendant.

Civil Action No. 05-10648-GAO

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Scott Siegal, and Defendant, Sunoco, Inc. (R & M) and Mascot Petroleum Company, Inc., a division of Sunoco, Inc. (R & M), pursuant to Fed. R. Civ. P. 41(a), that this action shall be and hereby is dismissed with prejudice, and without costs or attorneys' fees to either party.

Respectfully submitted,
SCOTT SIEGAL,
By his attorney,

_____
Johannes Z. Zlahn (BBO# 565218-B)
50 Federal Street, Suite 204
Boston, MA 02110

Respectfully submitted,
SUNOCO, INC. (R & M) AND MASCOT
PETROLIEUM, COMPANY, INC., A
DIVISION OF SUNOCO, INC. (R & M),
By its attorneys,

_____
David J. Kerman (BBO #269370)
Richard W. Paterniti (BBO# 645170)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: December___, 2005

Dated: December 19, 2005

---

[1] Defendant has been improperly named in this case as "Mascot Petroleum Company, Inc. a Subsidiary of Sunoco, Inc. (R & M)." In fact, Mascot Petroleum Company, Inc. is a division of Sunoco, Inc. (R&M).